# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1733
_____

MICHAEL PARSONS, UNKNOWN
SPOUSE OF MICHAEL PARSONS,
and KATILIA HALL,

     Appellants,

     v.

BANK OF NEW YORK MELLON
f/k/a Bank of New York, as
Trustee for CWALT, Inc.,

     Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Robert E. Roundtree, Judge.

June 21, 2018


PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Tanner Andrews of Tanner Andrews, P.A., DeLand, for Appellants Michael Parsons and Unknown Spouse of Michael Parsons. No appearance for Appellant Katilia Hall.

Wendy Griffith, Todd Drosky, and Sarah R. Klein Schachere of Frankel Lambert Weiss Weisman & Gordon, LLP, Fort Lauderdale, for Appellee.